No. 01–7469.  In re Swope.  Ct. App. Ind.  Petition for writ of common-law certiorari denied.

No. 01–8014.  In re Strong;
No. 01–8094.  In re Logan; and
No. 01–8114.  In re Wagener.  Petitions for writs of habeas corpus denied.

No. 01–953.  In re Hardin; and
No. 01–7423.  In re Scherer.  Petitions for writs of mandamus denied.

No. 01–7896.  In re Griffin.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed.  See this Court's Rule 39.8.

No. 01–800.  Howsam, Individually and as Trustee for the E. Richard Howsam, Jr., Irrevocable Life Insurance Trust Dated May 14, 1982 *v.* Dean Witter Reynolds, Inc. C. A. 10th Cir.  Certiorari granted.  Justice O'Connor took no part in the consideration or decision of this petition.

No. 01–838.  Reynolds et al. *v.* Roberts, Director, Alabama Department of Transportation, et al.  C. A. 11th Cir. Certiorari denied.

No. 01–853.  Griffith *v.* New Jersey Department of Environmental Protection.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 01–857.  White *v.* Ormet Primary Aluminum Corp. C. A. 5th Cir.  Certiorari denied.

No. 01–902.  City of Tampa *v.* Voyeur Dorm, L. C., et al. C. A. 11th Cir.  Certiorari denied.

No. 01–903.  Weston *v.* AmeriBank.  C. A. 6th Cir.  Certiorari denied.